# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: Marshall Steve MERRIMAN

I, Priscilla Mitchell Almaraz, declare and state as follows:

On October 25, 2022, The United States Border Patrol (USBP) requested the assistance of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the investigation of Marshall Steve MERRIMAN (hereinafter MERRIMAN) who was detained at the USBP checkpoint located one mile South of Hebbronville, TX on State Highway 16.

Border Patrol Agents (BPA) Rogelio Gonzalez and Canine Handler Juan De La Fuente working the checkpoint station told ATF Special Agents (SA) Priscilla M Almaraz and Task Force Officer (TFO) Jose Morales that at approximately 0200 hours, a silver Dodge Charger with Texas plates PVL-1172 entered the primary inspection area where BPAs identified themselves and questioned the driver of the vehicle, MERRIMAN, about his citizenship and itinerary of travel.

BPAs told ATF SAs that during that time a canine conducting a free air non-intrusive search alerted to the rear of the vehicle to the possible presence of concealed humans and/or controlled substances. BPAs said MERRIMAN was escorted to secondary inspection where MERRIMAN pointed out a green container with green leafy substance to BPAs saying, "I only have this weed." BPAs asked MERRIMAN if he had any weapons in the vehicle to which he responded that he had a firearm inside the backpack sitting on the passenger seat of the vehicle. BPAs ordered MERRIMAN out of the vehicle to conduct a full search of the vehicle.

BPAs located a firearm, Sig Sauer P224 357 caliber with no serial number, inside the backpack where MERRIMAN stated it was. BPAs told ATF SAs that they removed a magazine loaded with nine rounds of ammunition, none in the chamber, and noticed that serial number of the firearm had been tampered with in a manner to conceal it. BPAs seized 5.4 oz of marijuana (confirmed by a field test kit) and a Sig Sauer P224, 9 rounds of 357 caliber ammunition, two mobile phone devices, and one bank card. The Sig Sauer P224 .357 caliber is manufactured outside the State of Texas.

A criminal history check of MERRIMAN revealed that he had multiple arrests including two outstanding warrants for the offenses of Aggravated Assault with a Weapon Felony Second Degree out of Fort Worth Sheriff's Office and Resisting Officer Class A Misdemeanor out of Cleburne Sheriff's Office.

ATF SAs conducted a recorded interview of MERRIMAN at the Border Patrol Hebbronville Station at 0500 hours. ATF advised MERRIMAN of his Miranda Rights which MERRIMAN stated he understood and waived. MERRIMAN revealed to ATF SAs that he was in possession of a small amount of marijuana that he described as "personal use." MERRIMAN added that he smokes marijuana frequently but not daily. ATF SAs asked MERRIMAN about the firearm. MERRIMAN said a friend gave it to him three weeks prior when MERRIMAN saw it and told the friend he wanted it. MERRIMAN noted that an arrangement was made for the exchange of

the firearm from his friend. ATF SAs asked if he noticed anything out of the ordinary about the firearm. MERRIMAN responded that he noticed the serial number had been polished off. MERRIMAN added that on another occasion a law enforcement agency had seized all his firearms from his home after an incident where he fired several rounds at his girlfriend's vehicle as she was driving away from the residence. MERRIMAN said that he believed he could not legally purchase a firearm because of that charge.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the __25_____ day of __October_____, 2022.

_____
Priscilla M Almaraz, ATF Special Agent

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20_____.

_____
UNITED STATES MAGISTRATE JUDGE