# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

*Complainant's signature*

Christopher dos Santos
United States Magistrate Judge

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Priscilla Almaraz
sworn to and signature attested
telephonically on October 26, 2022,
at Laredo, Texas.

## Attachment A

On October 25, 2022, The United States Border Patrol (USBP) requested the assistance of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the investigation of Marshall Steve MERRIMAN (hereinafter MERRIMAN) who was detained at the USBP checkpoint located one mile South of Hebbronville, TX on State Highway 16.

Border Patrol Agents (BPA) Rogelio Gonzalez and Canine Handler Juan De La Fuente working the checkpoint station told ATF Special Agents (SA) Priscilla M Almaraz and Task Force Officer (TFO) Jose Morales that at approximately 0200 hours, a silver Dodge Charger with Texas plates PVL-1172 entered the primary inspection area where BPAs identified themselves and questioned the driver of the vehicle, MERRIMAN, about his citizenship and itinerary of travel.

BPAs told ATF SAs that during that time a canine conducting a free air non-intrusive search alerted to the rear of the vehicle to the possible presence of concealed humans and/or controlled substances. BPAs said MERRIMAN was escorted to secondary inspection where MERRIMAN pointed out a green container with green leafy substance to BPAs saying, "I only have this weed." BPAs asked MERRIMAN if he had any weapons in the vehicle to which he responded that he had a firearm inside the backpack sitting on the passenger seat of the vehicle. BPAs ordered MERRIMAN out of the vehicle to conduct a full search of the vehicle.

BPAs located a firearm, Sig Sauer P224 357 caliber with no serial number, inside the backpack where MERRIMAN stated it was. BPAs told ATF SAs that they removed a magazine loaded with nine rounds of ammunition, none in the chamber, and noticed that serial number of the firearm had been tampered with in a manner to conceal it. BPAs seized 5.4 oz of marijuana (confirmed by a field test kit) and a Sig Sauer P224, 9 rounds of 357 caliber ammunition, two mobile phone devices, and one bank card.  The Sig Sauer P224 .357 caliber was manufactured outside the State of Texas.

A criminal history check of MERRIMAN revealed that he had multiple arrests including two outstanding warrants for the offenses of Aggravated Assault with a Weapon Felony Second Degree out of Fort Worth Sheriff's Office and Resisting Officer Class A Misdemeanor out of Cleburne Sheriff's Office.

ATF SAs conducted a recorded interview of MERRIMAN at the Border Patrol Hebbronville Station at 0500 hours. ATF advised MERRIMAN of his Miranda Rights which MERRIMAN stated he understood and waived.  MERRIMAN revealed to ATF SAs that he was in possession of a small amount of marijuana that he described as "personal use." MERRIMAN added that he smokes marijuana frequently but not daily. ATF SAs asked MERRIMAN about the firearm. MERRIMAN said a friend gave it to him three weeks prior when MERRIMAN saw it and told the friend he wanted it. MERRIMAN noted that an arrangement was made for the exchange of the firearm from his friend.  ATF SAs asked if he noticed anything out of the ordinary about the firearm. MERRIMAN responded that he noticed the serial number had been polished off. MERRIMAN added that on another occasion a law enforcement agency had seized all his firearms from his home after an incident where he fired several rounds at his girlfriend's vehicle as she was

driving away from the residence. MERRIMAN said that he believed he could not legally purchase a firearm because of that charge.