# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                          Case Number: 5:22–mj–02050

Marshall Steve Merriman

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Song Quiroga

**PLACE:**
Courtroom 2B
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 11/2/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Preliminary Exam Hearing

Date:   October 26, 2022

Nathan Ochsner, Clerk