United States District Court
Southern District of Texas
**ENTERED**
October 26, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

UNITED STATES OF AMERICA

vs

Marshall Steve Merriman
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:22–mj–02050

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for November 2, 2022 at 11:00 AM before United States Magistrate Judge Diana Song Quiroga at 1300 Victoria, Courtroom 2B, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **October 26, 2022**