**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V** | § | **Cr. No. L-22-MJ-2050** |
| | § | |
| **MARSHALL STEVE MERRIMAN** | § | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW the Federal Public Defender and notifies this Court and all parties that Assistant Federal Public Defender, **CARLOS M. ALANIZ**, hereby enters his appearance and substitutes Assistant Federal Public Defender, **DAVID CASTILLO,** for **MARSHALL STEVE MERRIMAN,** in the above-referenced case.  This change does not affect the mailing address or phone number.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar Number 14003750
Southern District of Texas No. 3233

By: /s/ CARLOS M. ALANIZ
CARLOS M. ALANIZ
Assistant Federal Public Defender
Texas State Bar No.  24009081
Southern District of Texas No. 27460
1202 Houston St.
Laredo, Texas  78040
Telephone:  956/753-5313
Fax:      956/753-5317

## **CERTIFICATE OF SERVICE**

I certify that on November 4, 2022, copy of this Notice of Substitution of Counsel  was served

by Notification of Electronic Filing to the office of Assistant United States Attorney  at 11204

McPherson Road, Suite 100A, Laredo, Texas 78045.


/s/ CARLOS M. ALANIZ
CARLOS M. ALANIZ
Assistant Federal Public Defender