United States Courts
Southern District of Texas
FILED
November 15, 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **L-22-CR-1439** |
| **MARSHALL STEVE MERRIMAN** | § § | **MGM** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **October 25, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant, **MARSHALL STEVE MERRIMAN,** knowingly possessed a firearm, that is, a Sig Sauer model P224, .357 caliber handgun, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

### NOTICE OF FORFEITURE

**18 U.S.C. §922(k)**
**(Count 1)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

**MARSHALL STEVE MERRIMAN,**

that upon conviction of a violation of Title 18, United States Code, Section 922(k), all firearms/ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

(1) One SIG SAUER P224, .357 caliber handgun

(2) One SIG SAUER P224, .357 caliber magazine

(3) Nine SIG SAUER, .357 caliber rounds

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
Gerard Cantu
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO. __L-22-CR- 1439__

__LAREDO__   DIVISION

FILE: 22-07457
<u>INDICTMENT</u>

MAG#:   22-mj-2050
Filed: <u>November 15, 2022</u>

Judge: __MGM__

UNITED STATES OF AMERICA

VS.

**MARSHALL STEVE MERRIMAN**

ATTORNEYS:

<u>JENNIFER B. LOWERY, USA</u>
<u>GERARD CANTU, AUSA</u>

**CHARGES:**

Count 1:   Possession of Firearm with obliterated serial number
[18 USC 922(k), 924(a)(1)(B)]

Notice of Forfeiture

**TOTAL COUNTS: 1**

**PENALTY:**
Ct. 1:   0 to 5 years and/or $250,000 Fine, $100 special assessment,
Not more than a three (3)-year term of supervised release