UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 16, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal Action No. 5:22−cr−01439 |
| § | |
| § | |
| Marshall Steve Merriman § | |

## **SCHEDULING ORDER**

1. **ARRAIGNMENT: November 22, 2022, 11:00 AM, Courtroom 3C before Magistrate Judge Christopher dos Santos.**
   If the defendant wishes to waive appearance at arraignment and enter a plea of not guilty, complete the attached waiver and file it with the court using event **Waiver of Presence at Arraignment**, no later than 48 hours prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar.

2. **PRETRIAL MOTIONS due by December 2, 2022. Responses to motions are due no later than seven (7) days from the date of the motion's filing.**
   All pretrial motions (including motions for discovery, to suppress, etc.) must be filed by no later than this date, or else they are waived. Any motions filed must comport with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.2 and the presiding judge's procedures. All discovery motions shall contain a notation that the desired information has been requested from the AUSA and the request has been denied. Discovery motions without this notation will be rejected.

3. **FINAL PRETRIAL CONFERENCE: January 4, 2023, 09:00 AM, Courtroom 3B before Judge Marina Garcia Marmolejo.**
   **The parties must engage in timely plea negotiations. The FPTC date is NOT the date to secure a plea agreement and review it with the defendant-client. The parties must be ready to enter a plea of guilty or to proceed to trial on announcement.**

4. **JURY SELECTION AND TRIAL**
   If a guilty plea is not entered, Jury Selection will be set at the Final Pretrial Conference. Trial will begin either the day of jury selection or as soon thereafter as any prior case is terminated.

**FAILURE TO APPEAR AS SCHEDULED MAY RESULT IN BOND FORFEITURE.**

DONE on November 16, 2022, at Laredo, Texas.

_____
Marina Garcia Marmolejo
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 5:22−cr−01439 |
| | § | |
| Marshall Steve Merriman | § | |

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that s/he has been charged via indictment or misdemeanor information and has received a copy thereof, HEREBY pleads not guilty to the charges contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for **November 22, 2022, at 11:00 AM before Magistrate Judge Christopher dos Santos**.

Respectfully submitted on _____.

_____       _____
Printed Name of Defendant                      Signature of Defendant


_____       _____
Printed Name of Attorney                        Signature of Attorney


**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than *48 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO SUR DE TEXAS**
**DIVISIÓN LAREDO**

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § | |
| | § | |
| *versus* | § | Causa Penal Núm. 5:22–cr–01439 |
| | § | |
| Marshall Steve Merriman | § | |

### ORDEN PARA LA PROGRAMACIÓN DE AUDIENCIAS (SCHEDULING ORDER)

1. **AUDIENCIA DE LECTURA Y CONTESTACION DE CARGOS: 11/22/2022, 11:00 AM, Courtroom 3C ante Juez Magistrado Christopher dos Santos.**

   Si el acusado desea renunciar a su comparecencia en la audiencia de la lectura y contestación de cargos, y desea declararse No Culpable, llene el escrito de renuncia anexo y preséntela electrónicamente ante el tribunal usando la sección *Waivers* (Renuncias) dentro del apartado *Waiver of Presence at Arraignment* (Renuncia de Comparacencia en la Audiencia de Lectura y Contestació de Cargos), por lo menos 48 horas antes de dicha audiencia. Una vez que esta renuncia quede debidamente asentada, la audiencia de lectura y contestación de cargos automáticamente quedará cancelada y será eliminada del calendario del tribunal.

2. **MOCIONES PREVIAS AL JUICIO deben ser presentadas para 12/2/2022. La contestación debe ser presentada en siete (7) días de la fecha en que se interpuso la moción.**

   Todas las mociones previas al juicio (incluyendo la moción para la obtención de pruebas (*discovery*), para supresión de pruebas (*suppression*), etc.) deberán ser presentadas a más tardar para esta fecha, de lo contrario, se considerará que se ha renunciado a las mismas. Cualquier moción presentada debe cumplir con las normas procesales del Distrito Sur de Texas, específicamente, la SDTX CrLR 12.2 y el procedimiento particular del juez de la causa. Todas las mociones deberán indicar que la información deseada ha sido solicitada a la fiscalía y ha sido denegada. Las mociones para la obtención de pruebas que no contengan dicha anotación serán rechazadas.

3. **AUDIENCIA FINAL PREVIA AL JUICIO (*final pre trial conference*): 1/4/2023, 09:00 AM, Courtroom 3B ante Juez Magistrado Marina Garcia Marmolejo.**
   **Las partes deben negociar diligentemente la declaración de culpabilidad. La fecha de la audiencia final previa al juicio no es la indicada para obtener el convenio para la declaración de culpabilidad, y de revisarlo con el acusado (cliente). Las partes deben estar listas para la declaración de culpabilidad o para notificar la solicitud de un juicio.**

4. **SELECCIÓN DE JURADO Y JUICIO**

   Si no se lleva a cabo la declaración de culpabilidad, se programará la selección de jurado durante la audiencia final previa al juicio. El juicio se iniciará en el día de la selección de jurado o inmediatamente después de que finalice cualquier causa anterior.

**EL NO COMPARECER EN LA FECHA PROGRAMADA PODRÍA OCASIONAR LA PÉRDIDA DE LA FIANZA.**

Ordenado 11/16/2022, en Laredo, Texas.

*POR ORDEN DEL JUEZ.*

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO SUR DE TEXAS**
**DIVISIÓN LAREDO**

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § | |
| | § | |
| *versus* | § | Causa Penal Núm. 5:22–cr–01439 |
| | § | |
| Marshall Steve Merriman | § | |

**RENUNCIA ESCRITA DEL ACUSADO**
**A LA AUDIENCIA DE LECTURA Y CONTESTACIÓN DE CARGOS**

En conformidad con el artículo 10(b) del Código Federal de Procedimientos Penales, el suscrito acusado, reconociendo que ha sido acusado por medio de acusación formal o acusación penal de la fiscalía por delito menor, y habiendo recibido copia de la misma, MEDIANTE la presente declara No Culpable a los cargos allí contenidos y solicita un juicio con jurado, y renuncia a comparecer en la audiencia de lectura y contestación de cargos programada en este caso para el día **11/22/2022, 11:00 AM ante Juez Magistrado Christopher dos Santos**.

[FIRMAS EN EL FORMULARIO EN INGLÉS]

**AVISO:** Para contestar No Culpable y renunciar su comparecencia en la audiencia de lectura y contestación de cargos, anexe esta renuncia, completamente llena, al expediente del tribunal bajo la sección **Waivers (Renuncias)** usando el apartado **Waiver of Presence at Arraignment (Renuncia a Comparecer en la Audiencia de la Lectura y Contestación de Cargos)**, por lo menos *48 horas* antes de dicha audiencia. Una vez que esta renuncia quede debidamente asentada, la audiencia de lectura y contestación de cargos automáticamente quedará cancelada y será removida del calendario del tribunal.