United States District Court
Southern District of Texas
**ENTERED**
November 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Criminal Case 5:22–cr–01439 |
| Marshall Steve Merriman § § | |

### ORDER ON WAIVER OF ARRAIGNMENT

Based on the affirmations contained in the Defendant's Written Waiver of Arraignment, the Court HEREBY accepts Defendant's waiver, excuses his attendance at the arraignment scheduled in this case, and ORDERS that this case be removed from the list of arraignments scheduled before the court.

Christopher dos Santos
United States Magistrate Judge

Date of order: November 20, 2022