IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. L-22-1439 |
| MARSHALL STEVE MERRIMAN | § | |

<u>UNOPPOSED MOTION FOR EXTENSION OF PRE-TRIAL MOTIONS DEADLINE</u>

TO THE HONORABLE JUDGE MARINA GARCIA MARMOLEJO OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

NOW COMES the Defendant, MARSHALL STEVE MERRIMAN, by and through his attorney MARJORIE A. MEYERS, Federal Public Defender, by Assistant Federal Public Defender, CARLOS M. ALANIZ, moves this Honorable Court to continue the Pre-Trial Motions deadline in this case, based on the following:

**I.**

Mr. Merriman is indicted with knowingly possessing a firearm that had been shipped and transported in interstate commerce, from which the manufacture's serial number had been removed, altered, obliterated, in violation of Title 18, USC, Sections 922 (k) and 924 (a)(1)(B). Mr. Merriman waived Arraignment on November 18, 2022. The Pre-Trial Motions deadline is Friday, December 2, 2022. Final Pre-Trial Conference is scheduled for January 4, 2023.

**II.**

Defense Counsel has not completed discovery of the Government's case file. Counsel anticipates the completion of discovery within two weeks. Therefore, Defense Counsel is

requesting that this Court extend the pre-trial motions deadline for two weeks from December 2, 2022 to December 16, 2022 in order to fully review the discovery, conduct legal research, and to discuss the case with Defendant.   This motion is not filed for delay, but in the interest of justice.

### III. CONFERENCE

On November 28, 2022, Counsel conferred with Assistant United States Attorney, Gerard Cantu, and he is not opposed to the filing of this motion.

Wherefore, premises considered, Defendant asks the Court to grant this Motion.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar Number 14-003750
Southern District of Texas No. 3233

By /s/ Carlos M. Alaniz
CARLOS M. ALANIZ
Assistant Federal Public Defender
Texas State Bar No. 24009081
Southern District of Texas No. 27460
1202 Houston St.
Laredo, Texas 78041
Telephone: 956/753-5313
Fax:         956/753-5317

**CERTIFICATE OF SERVICE**

I Carlos M. Alaniz certify that on this the 29th day of November 2022, a copy of the foregoing Motion to Extend Pre-Trial Motion Deadline was served by Notification of Electronic Filing and was delivered via email to the office of the United States Attorney in Laredo, Texas.

/s/ Carlos M. Alaniz
Carlos M. Alaniz
Assistant Federal Public Defender