IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V | § | CR. NO. L-22-CR-1439 |
| MARSHALL STEVE MERRIMAN | § | |

## ORDER

Pending before the Court is Defendant's Motion for Extension of Pre-Trial Motions Deadline. After reviewing the motion is

☐ **DENIED**.

☐ **GRANTED**. The Court hereby Orders the Motions Deadline be set for December 16, 2022.

SIGNED this _____ day of _____, 2022.

_____
Marina Garcia Marmolejo,
United States District Judge