UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NUMBER 5:22-CR-01439 |
| MARSHALL STEVE MERRIMAN | § § § | |

**ORDER**

On this day, the Court considered Defendant's Motion to Dismiss the Indictment, and the Court is of the opinion that the motion should be GRANTED. Accordingly, it is hereby:

ORDERED that the Indictment in this cause is DISMISSED.

SIGNED this _____ day of _____, 2022.

_____
MARINA GARCIA MARMOLEJO
UNITED STATES DISTRICT JUDGE