United States District Court
Southern District of Texas
**ENTERED**
December 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 5:22-CR-1439 |
| | § |
| | § |
| MARSHALL STEVE MERRIMAN | § |
| | § |

## ORDER

Defendant has filed a motion to dismiss the Indictment (Dkt. No. 18). The Government is **ORDERED** to file a response by **January 26, 2023**. Defendant may file a reply by **February 9, 2023**.

It is so **ORDERED**.

**SIGNED** December 12, 2022.

_____
Marina Garcia Marmolejo
United States District Judge