## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                                 Case Number: 5:22−cr−01439

Marshall Steve Merriman

## Notice of Resetting

**A proceeding has been reset in this case as to Marshall Steve Merriman as set forth below.**

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
Courtroom 2C
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 2/8/2023

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

Date:   January 24, 2023                                           Nathan Ochsner, Clerk