## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Marshall Steve Merriman

Case Number: 5:22–cr–01439

## Notice of Setting

**A proceeding has been set in this case as to Marshall Steve Merriman as set forth below.**

**BEFORE:**
**Judge Marina Garcia Marmolejo**

**LOCATION:**
Courtroom 3B
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 3/7/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

Date:   January 31, 2023                                             Nathan Ochsner, Clerk