# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                              Case Number: 5:22–cr–01439

Marshall Steve Merriman

---

## Notice of Resetting

**A proceeding has been reset in this case as to Marshall Steve Merriman as set forth below.**

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
Courtroom 2C
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 7/6/2023

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

---

Date:   April 20, 2023                                Nathan Ochsner, Clerk