UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 5:22−cr−01439

Marshall Steve Merriman

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Marina Garcia Marmolejo

**PLACE:**
Courtroom 3B
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 5/18/2023

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   May 17, 2023

                                                      Nathan Ochsner, Clerk