## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                      Case Number: 5:22–cr–01439

Marshall Steve Merriman

---

### Notice of Resetting

**A proceeding has been reset in this case as to Marshall Steve Merriman as set forth below.**

**BEFORE:**
**Judge Marina Garcia Marmolejo**

**LOCATION:**
Courtroom 3B
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 8/8/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

---

Date:    June 26, 2023                                        Nathan Ochsner, Clerk