UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 5:22-CR-1439 |
| MARSHALL STEVE MERRIMAN | § § | |

NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW the United States of America and notifies this Court and all parties that Assistant United States Attorney **José Angel Moreno**, hereby enters his appearance and substitutes for Assistant United States Attorney **Gerard Cantu,** for the United States of America in the above-referenced case.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_/s/ José A. Moreno_
José Angel Moreno
Assistant United States Attorney
11204 McPherson, Suite 100A
Laredo, Texas 78045
956-723-6523 Main

CERTIFICATE OF SERVICE

I certify that on **July 18, 2023** a copy of this Notice of Substitution of Counsel was served by Notification of Electronic Filing.

_____
José Angel Moreno
Assistant United States Attorney