United States District Court
Southern District of Texas
**ENTERED**
August 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:22-CR-1439 |
| | § | |
| MARSHALL STEVE MERRIMAN | § | |

# ORDER

Defendant's motion to dismiss (Dkt. No. 18) is hereby **REFERRED** to United States Magistrate Judge Christopher dos Santos for a report and recommendation.

Defendant's motion to continue his final pretrial conference (Dkt. No. 38) is **GRANTED**. The Court will not convene a final pretrial conference until it rules on the pending motion to dismiss.

It is so **ORDERED**.

**SIGNED** August 4, 2023.

_____
Marina Garcia Marmolejo
United States District Judge