UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 5:22-CR-01439 |
| | § | |
| MARSHALL STEVE MERRIMAN | § | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

TO THE HONORABLE JUDGE OF THIS COURT:

The United States of America, by and through its United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney, respectfully requests a continuance of the sentencing hearing in Case No. 5:22-CR-01439 which is scheduled at 10:00 a.m. on September 18, 2023. The undersigned respectfully requests that the hearings be scheduled to any date convenient to the Court after September 22, 2023. As grounds, the Government states the following as follows:

I.

The undersigned AUSA will not be available to personally handle this matter before the Court as he is on annual leave for a pre-paid vacation on September 14-16, 2023. Travel and lodging were paid on June 10, 2023. Additionally, undersigned will be attending the U. S. Attorney's District Conference in Houston, Texas on September 18-22, 2023. Lodging and travel were arranged and paid on June 23, 2023. This is the first conference since pre-COVID, and the last for the undersigned AUSA after 35 years of federal service. A continuance is respectfully requested in order that the undersigned be allowed to attend the pre-scheduled commitments and personally handle the sentencing in person.

## II.

### Substitute AUSA Available

Alternatively, another Assistant United States Attorney can be available to cover the sentencing if permitted by the Court.

## III.

### Certificate of Conference

On September 7, 2023, the undersigned conferred with Mr. Carlos Alaniz, Assistant Defender with the Federal Public Defender's Office, who is unopposed to continue the sentencing hearing.

Respectfully Submitted,

Alamdar S. Hamdani
United States Attorney

_____
José Angel Moreno
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Government's Unopposed Motion to Continue Sentencing Hearing was sent via email and electronic case filing with the Clerk of the Court using the CM/ECF system to defense counsel, Carlos Alaniz, AFPD, on September 8, 2023, which will transmit notice of this filing and the document to counsel of record.

                                                   José Angel Moreno
                                                   Assistant United States Attorney