UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:22-CR-01439 |
| MARSHALL STEVE MERRIMAN | § § | |

## ORDER

Pending before the Court is the Government's Unopposed Motion to Continue Sentencing in the above-referenced case. After review, the motion is:

☐ **DENIED**.

☐ **GRANTED**. The Court hereby Orders the Sentencing Hearing be reset to

_____, 2023, at _____ a.m./p.m.

SIGNED this \_\_\_\_\_ day of _____, 2023.

_____
Marina Garcia Marmolejo
United States District Judge