United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. 5:22-CR-01439 |
| MARSHALL STEVE MERRIMAN | § | |

## ORDER

Pending before the Court is the Government's Unopposed Motion to Continue Motion Hearing in the above-referenced case. After review, the motion is:

☐ **DENIED**.

☑ **GRANTED**. The Court hereby Orders the Motion Hearing to be reset to Monday, September 25, 2023 at 10am.

SIGNED this 11th day of September, 2023.

Christopher dos Santos
U.S. Magistrate Judge