IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. L-22-1439 |
| MARSHALL STEVE MERRIMAN | § | |

## UNOPPOSED MOTION TO APPEAR BY VIDEO

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Federal Public Defender, hereinafter referred to as "Public Defender" assigned to this matter, and would respectfully show the Court the following:

I.

The above-styled and numbered case is set for a motion hearing on September 25, 2023, at 10:00 am. The Defendant is represented by two counsels in this case. One counsel is located in Laredo, Texas, and the other counsel recently transferred to the Federal Public Defender's office in Washington, DC. Counsel located in Washington, DC was heavily involved in briefing the motion to dismiss and would like to be available to the Court to answer its questions. However, given her relocation, an in-person appearance is, unfortunately, not feasible. She respectfully asks the Court for permission to appear by video. AFPD Carlos M. Alaniz will appear in person.

II.

CERTIFICATE OF CONFERENCE

On September 15, 2023, I consulted with José Ángel Moreno, attorney for the government, and he advised that the government is unopposed to this motion for appearance by video.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar Number 14-003750
Southern District of Texas No. 3233

By /s/ Carlos M. Alaniz
CARLOS M. ALANIZ
Assistant Federal Public Defender
Texas State Bar No. 24009081
Southern District of Texas No. 27460
1202 Houston St.
Laredo, Texas 78041
Telephone: 956/753-5313
Fax:        956/753-5317

/s/ Courtney L. Millian
COURNTEY L. MILLIAN
Assistant Federal Public Defender
Washington D.C. Bar ID No. 1659911
Southern District of Texas No. 3785141
Attorney for Defendant
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

CERTIFICATE OF SERVICE

The undersigned certifies that on this the 15th day of September 2023, a true and correct copy of the foregoing Motion was delivered via ECF to the attorney for the government.

/s Carlos M. Alaniz
CARLOS M. ALANIZ
Assistant Federal Public Defender