## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **V.** | § | CR. NO. L-22-1439 |
| **MARSHALL STEVE MERRIMAN** | § | |

## ORDER

The Court has considered the Defendant's Motion to Appear by Video. The Court is of the opinion that the motion should be granted, and is hereby _____.

SIGNED this the _____ day of September 2023 at Laredo, Texas.

_____
CHRISTOPHER DOS SANTOS
UNITED STATES MAGISTATE JUDGE