United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. L-22-1439 |
| MARSHALL STEVE MERRIMAN | § | |

# ORDER

The Court has considered the Defendant's Motion to Appear by Video. The Court is of the opinion that the motion should be granted, and is hereby  Granted  .

SIGNED this the  15th  day of September 2023 at Laredo, Texas.

CHRISTOPHER DOS SANTOS
UNITED STATES MAGISTATE JUDGE