IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. L-22-1439 |
| MARSHALL STEVE MERRIMAN | § | |

## MOTION TO EXTEND DEADLINE TO RESPOND TO UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

TO THE HONORABLE JUDGE MARINA GARCIA MARMOLEJO OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

NOW COMES the Defendant, MARSHALL STEVE MERRIMAN, by and through his attorney MARJORIE A. MEYERS, Federal Public Defender, by Assistant Federal Public Defender, CARLOS M. ALANIZ, moves this Honorable Court to extend the deadline to respond to the Magistrate Judge's report and recommendation.

**I.**

Mr. Merriman is indicted with knowingly possessing a firearm that had been shipped and transported in interstate commerce, from which the manufacture's serial number had been removed, altered, obliterated, in violation of Title 18, USC, Sections 922 (k) and 924 (a)(1)(B).

**II.**

On December 9, 2022, Defense Counsel filed a motion to dismiss the indictment. On October 16, 2023, the Honorable United States Magistrate Judge Christopher Dos Santos issued a recommendation granting Mr. Merriman's motion. Objections to Magistrate Judge's report and recommendation are due on October 30, 2023. Counsel is requesting an additional 21-days to

respond to the report and recommendation.

### III. CONFERENCE

On October 25, 2023, Counsel conferred with Assistant United States Attorney, Jose Angel Moreno, and he is not opposed.

Wherefore, premises considered, Defendant respectfully requests the Court to grant this motion.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar Number 14-003750
Southern District of Texas No. 3233

By /s/ Carlos M. Alaniz
CARLOS M. ALANIZ
Assistant Federal Public Defender
Texas State Bar No. 24009081
Southern District of Texas No. 27460
1202 Houston St.
Laredo, Texas 78041
Telephone: 956/753-5313
Fax:        956/753-5317

/s/ Courtney L. Millian
COURNTEY L. MILLIAN
Assistant Federal Public Defender
Washington D.C. Bar ID No. 1659911
Southern District of Texas No. 3785141
Attorney for Defendant
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

I, Carlos M. Alaniz, certify that on this the 25th day of October 2023, a copy of the

foregoing Motion to Extend the Deadline was served by Notification of Electronic Filing and

was delivered via email to the office of the United States Attorney in Laredo, Texas.


/s/ Carlos M. Alaniz
Carlos M. Alaniz
Assistant Federal Public Defender