United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V | § | CR. NO. L-22-CR-1439 |
| MARSHALL STEVE MERRIMAN | § | |

## ORDER

Pending before the Court is Defendant's Motion to Extend the Deadline to respond to the Magistrate Judge's Report and Recommendation. After reviewing the motion is:

☐ **DENIED**.

☒ **GRANTED**.

The response to the Magistrate Judge's Report and Recommendation is due by November 20, 2023.

SIGNED this  25th  day of       October       , 2023.

_____
Marina Garcia Marmolejo,
United States District Judge