UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Cr. No. 5:22-CR-1439 |
| | § § | |
| MARSHALL STEVE MERRIMAN | § | |

### DEFENDANT'S MOTION TO WITHDRAW THE MOTION TO DISMISS THE INDICTMENT

COMES NOW, **MARSHALL STEVE MERRIMAN**, through his attorney MARJORIE A. MEYERS, Federal Public Defender, by Assistant Federal Public Defender Carlos M. Alaniz, and files this Motion to withdraw the previously filed Motion to Dismiss the Indictment:

#### I.

Mr. Merriman was indicted on November 15, 2022, with a single count alleging violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B). On December 9, 2022, Mr. Merriman filed a Motion to Dismiss the Indictment. On November 17, 2023, this Honorable Court issued an Order Staying this matter pending the Supreme Court's decision in *Rahimi*.

#### II.

Mr. Merriman has instructed Counsel to withdraw the Motion to Dismiss the Indictment. Mr. Merriman has entered plea negotiations with the government, and he is ready to plead guilty.

Mr. Merriman respectfully requests a setting for his re-arraignment and to proceed to sentencing without a pre-sentence report.

#### III.

Undersigned counsel consulted with Assistant United States Attorney Angel Moreno, and he is not opposed to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Merriman, requests the Court grant this Motion.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No.   14003750
Southern District of Texas No. 3233


By:      /s/ Carlos M. Alaniz
         Carlos M. Alaniz
         Assistant Federal Public Defender
         Attorney in Charge
         Texas State Bar No. 24009081
         Southern District of Texas No. 27460
         1202 Houston St.
         Laredo, Texas 78040
         Telephone: 956/753-5313
         Fax: 956/753-5317


## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of November 2023, a copy of Motion to Withdraw the Motion to Dismiss the Indictment was served by Notification of Electronic Filing and emailed to Jose Angel Moreno at the office of the Assistant United States Attorney at Laredo, Texas 78040.

         /s/ Carlos M. Alaniz
         Carlos M. Alaniz
         Assistant Federal Public Defender