UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 5:22-CR-1439 |
| MARSHALL STEVE MERRIMAN | § § | |

**O R D E R**

Pending before the Court is Defendant Marshall Steve Merriman's Motion to Withdraw the Motion to Dismiss the Indictment. After reviewing the motion is:

☐ **DENIED**.

☐ **GRANTED**.

The Re-Arraignment and Final Pretrial Conference is scheduled before the Honorable _____, in Courtroom_____, on _____.

SIGNED this _____ day of _____, 2023.

_____
Hon. MARINA GARCIA MARMOLEJO
United States District Judge