# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# LAREDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| vs. | § CRIMINAL NO. 5:22-CR-01439 |
| | § |
| **STEVE MARSHALL MERRIMAN** | § |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW the United States of America and notifies this Court and all parties that Assistant United States Attorney, Christine Cortez, hereby enters his appearance and substitutes for Assistant United States Attorney Jose Angel Moreno for the UNITED STATES OF AMERICA in the above-referenced case.

Respectfully submitted,
ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: /s/ *Christine Cortez*
    Christine Cortez
    Assistant United States Attorney
    11204 McPherson, Suite 100A
    Laredo, Texas 78045
    956-723-6523 Main

CERTIFICATE OF SERVICE

I certify that on December 1, 2023, a copy of this Notice of Substitution of Counsel was served by Notification of Electronic Filing.

By: /s/ *Christine Cortez*
Christine Cortez
Assistant United States Attorney