United States District Court
Southern District of Texas
**ENTERED**
December 01, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 5:22-CR-1439** |
| | § | |
| **MARSHALL STEVE MERRIMAN** | § | |

## O R D E R

Pending before the Court is Defendant Marshall Steve Merriman's Motion to Withdraw the Motion to Dismiss the Indictment. After reviewing the motion is:

      **DENIED**.

x    **GRANTED**.

SIGNED this __1st__ day of _____December_____, 2023.

_____
Hon. MARINA GARCIA MARMOLEJO
United States District Judge