# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                          Case Number: 5:22–cr–01439

Marshall Steve Merriman

## Notice of Setting

**A proceeding has been set in this case as to Marshall Steve Merriman as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
Courtroom 3C
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 12/5/2023

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

Date:   December 1, 2023                                           Nathan Ochsner, Clerk