UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:22-cr-1439 |
| MARSHALL STEVE MERRIMAN | § § | |

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas and José Angel Moreno, Assistant United States Attorney, and the defendant, **MARSHALL STEVE MERRIMAN** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On October 25, 2022, Border Patrol Agent (BPA) Rogelio Gonzalez and BPA Canine Handler Juan De La Fuente were working the primary inspection lane at the USBP checkpoint located one mile south of Hebbronville, Texas. At approximately 2AM, the defendant, Marshall Steven Merriman, drove up to the primary inspection area in a silver Dodge Charger. Both BPAs identified themselves and the defendant was questioned about his citizenship and travel itinerary. The service canine handler conducted a free air sniff around the vehicle and the canine alerted to the rear of the vehicle to the possible presence of concealed humans or controlled substances. Merriman was sent to secondary for further inspection.

At secondary, Merriman pointed to a green container with green leafy substance and said, "I only have this weed." BPAs asked Merriman if he had any weapons in the car to which he responded that he had a firearm in the backpack sitting in the passenger seat of the vehicle. BPAs ordered Merriman out of the vehicle to conduct a full inspection of the vehicle.

BPAs looked inside the backpack and located a .357 caliber Sig Sauer P224 with no serial number. They removed the gun's magazine loaded with 9 rounds of ammunition and noticed that the serial number of the firearm had been tampered in a manner to conceal it.

Merriman waived his Miranda rights and agreed to speak with agents. Merriman stated that a friend gave him the gun three weeks ago after he told his friend that he wanted it. An arrangement was made for the exchange of firearm from his friend. Merriman admitted that he noticed the serial number had been polished off.

On October 31, 2022, ATF SA Almaraz fired the Sig Sauer, model P224, .357 caliber pistol with no serial number and found it to be in good working order. SA Almaraz collected two shell casings for submission to the Laredo Police Department Identification Services for NIBIN analysis.

On November 8, 2022, ATF Agent Shaun Insley examined the recovered firearm to establish the requisite federal nexus. Based on Agent Insley's investigation, Sig Sauer manufactured the firearm in the State of New Hampshire.

III.

Defendant, **MARSHALL STEVE MERRIMAN**, hereby confesses and judicially admits that on **October 25, 2022,** he knowingly possessed a firearm that was in an affecting interstate commerce, knowing that the serial number on the firearm was obliterated, in violations of Title 18, United States Code, Section 922(k).

_____
MARSHALL STEVE MERRIMAN
Defendant

APPROVED:

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____
José Angel Moreno
Assistant United States Attorney
Southern District of Texas
Telephone: (956) 723-6523
Email: angel.moreno@usdoj.gov

_____
Carlos M. Alaniz
Attorney for Defendant