United States Magistrate Court
CDS-SDTX
FILED
DEC 0 5 2023  3C
Nathan Ochsner, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIM. NO. L-22-01439 |
| MARSHALL STEVE MERRIMAN | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. PROC. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, Marshall Steve Merriman defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 5th day of DEC., 2023

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT
Carlos Alaniz

_____
ASSISTANT UNITED STATES ATTORNEY