United States District Court
Southern District of Texas
**ENTERED**
December 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 5:22-CR-1439-1 |
| MARSHAL STEVE MERRIMAN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

No objection has been received to the Report and Recommendation filed by United States Magistrate Judge Christopher dos Santos, and the Court finds and holds that it should be adopted.

**IT IS SO ORDERED**.

SIGNED this December 6, 2023

_____
Marina Garcia Marmolejo
United States District Judge